DocuSign Envelope ID: EE6A250E-1BF2-4307-B6B2-35099DBBBD76

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOS CALCANO ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>                   Plaintiff,<br><br>                v.<br><br>BUTH-NA-BODHAIGE, INC.,<br><br>                 Defendant. | 1: 19-cv-10439-PGG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Marcos Calcano ("Plaintiff") and Buth-Na-Bodhaige, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: January 25, 2020

THE MARKS LAW FIRM PC

By: _____
Bradly G. Marks
175 Varick St., 3rd Floor
New York, New York 10014
Tel: (646) 770-3775
bmarkslaw@gmail.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
michael.fleming@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: January 29, 2021, ~~2020~~

_____
United States District Judge